IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| JOHN P. HOJNOWSKI, SR. | : | VIOLATIONS: |
|  |  | 26 U.S.C. § 5861(d) (possession of an |
|  | : | unregistered firearm - 1 count) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 5, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JOHN P. HOJNOWSKI, SR.**

knowingly possessed a firearm, that is, a machine gun, Uzi model B 9mm Para IMI-Israel Action Arms, serial no. SA37193, modified to operate as a fully automatic weapon, which was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5845(a) and (b), 5861(d), and 5871.

**A TRUE BILL:**

_____
**FOREPERSON**

_____
**PATRICK L. MEEHAN**
**United States Attorney**